AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Columbia

**Kimberly McKelvey**

v.

**Eli Lilly and Company,**
an Indiana corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01820

JUDGE: Rosemary M. Collyer

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 10/23/2006

TO: (Name and address of Defendant)   ELI LILLY AND COMPANY, an Indiana corporation
c/o Office of General Counsel
Lilly Corporate Center
307 East McCarty Street
Indianapolis, IN 46225

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA MARTIN STANFORD, ESQUIRE
Patricia Martin Stanford, P.A.
3609 Hendricks Avenue
Jacksonville, Florida 32207
904-346-4215

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK NANCY M. MAYER-WHITTINGTON

(BY) DEPUTY CLERK

OCT 23 2006
DATE



# MARION COUNTY SHERIFF
# FRANK J. ANDERSON
# CIVIL DIVISION
200 EAST WASHINGTON ST SUITE 1122
INDIANAPOLIS, INDIANA 46204
TELEPHONE: (317) 327-2461

## AFFIDAVIT OF RECORD OF SERVICE

CAUSE NUMBER __106 cv 01820 RMC__   CASE NAME __Summons__

__Dep Parnell__, being duly sworn on his oath states that he/she is an authorized Deputy Sheriff for the County of Marion, State of Indiana. Affiant further states that he/she over twenty-one years of age and is not a party to this action or related to any party there to. Affiant further states that he/she has reviewed the records of the Marion County Sheriff's Department and can state those records reflect that the summons and a copy of the complaint was served in the following manner:

- Served the Summons and a copy of the Complaint by reading to and within the hearing of the within named_____ and delivering to him/her a true copy of the same.
   **PERSONAL SERVICE**

- Served the summons and a copy of the Complaint by leaving a true copy of the same at the last and usual place of residence of the within named_____ and by mailing a copy of said Summons to same by first class United States mail to said defendant at the below address.
   **COPY SERVICE**

*Corp*
- Served the within named _____ by reading this Summons and a copy of the Complaint, and within the hearing of _____, Title _____ of said corporation and delivering to him/her a true copy of same: he/she being the highest officer of said corporation found within his/her bailiwick.
   **(CORPORATE SERVICE)**

- Made a diligent search, and failed to find any of the within named defendants within his/her bailiwick.
   **NOT FOUND**

Served at __307 E. McCarty St.__    1000
On this __9__ day of __Nov__ 20__06__

Frank J. Anderson
Sheriff of Marion County, Indiana

By: _____
Deputy Sheriff  P5795

Sworn to and subscribed to before me, a Notary Public, in and for Marion County, Indiana, this __10th__ day of __November__ 20__06__

__Ellen Jane Hilber__                My commission expires __03-13-06__
Notary Public                         County of residence: Marion