UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIMBERLY MCKELVEY,

    *Plaintiff,*

vs.

CASE NO. 1:06-CV-01820-RMC
JUDGE: Rosemary M. Collyer

ELI LILLY AND COMPANY,

    *Defendant.*
_____/

**PLAINTIFF'S CONSENT MOTION TO ATTEND INITIAL SCHEDULING CONFERENCE BY TELEPHONE**

Plaintiff, KIMBERLY MCKELVEY, hereby moves this Court to allow her counsel, PATRICIA MARTIN STANFORD, to appear via telephone at the Initial Scheduling Conference set for January 4, 2007, at 11:00 a.m.

Said counsel has contacted counsel for Defendant, who consents to her appearance via telephone.

Wherefore, Plaintiff respectfully requests that PATRICIA MARTIN STANFORD be permitted to appear for the Initial Scheduling Conference by telephone, by either placing a call to the Court's Deputy Clerk at the time of the hearing, or by being available at her office number (904-346-4215) at the appointed time, whichever is the Court's preference.

Respectfully submitted,

PATRICIA MARTIN STANFORD, P.A.

/s/ Patricia M. Stanford
PATRICIA MARTIN STANFORD, ESQUIRE
DC Bar #471672
3609 Hendricks Avenue
Jacksonville, FL  32207
(904) 346-4215   Fax (904) 346-4215
pmslaw1@aol.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court via ECF by which a notice of electronic filing will be sent to John Chadwick Coots, Esq., Shook Hardy & Bacon, LLP, attorneys for Defendant.

/s/ Patricia M. Stanford
ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIMBERLY MCKELVEY,

    *Plaintiff*,

vs.

    CASE NO. 1:06-CV-01820-RMC
    JUDGE: Rosemary M. Collyer

ELI LILLY AND COMPANY,

    *Defendant.*
_____/

### [PROPOSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO ATTEND INITIAL SCHEDULING CONFERENCE BY TELEPHONE

This matter came on to be heard upon the consent motion of Plaintiff, KIMBERLY MCKELVEY, to allow her counsel, PATRICIA MARTIN STANFORD, to appear via telephone at the Initial Scheduling Conference on January 4, 2007, at 11:00 a.m.

It is hereby

ORDERED that said motion is granted, and counsel for Plaintiffs is permitted to attend said conference by telephone.

Dated: _____                 _____
                                                    Rosemary M. Collyer
                                                    United States District Judge

c: Counsel of record