UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIMBERLY MCKELVEY,

        *Plaintiff*,

vs.

        CASE NO. 1:06-CV-01820-RMC
        JUDGE: Rosemary M. Collyer

ELI LILLY AND COMPANY,

        *Defendant.*
_____/

### [PROPOSED] SCHEDULING ORDER

It is hereby ORDERED that the following scheduled be implemented in this case:

1. Plaintiffs' Rule 26(a)(2)(B) disclosure of expert testimony shall be due on or before **July 16, 2007.**

2. Defendant's Rule 26(a)(2)(B) disclosure of expert testimony shall be due on or before **August 15, 2007.**

3. All discovery will be completed on or before **November 16, 2007.** Experts may be deposed until the close of discovery.

4. Each party is limited to a maximum of 10 non-expert depositions and 25 interrogatories.

5. This case shall be referred to Magistrate Judge Alan Kay for mediation to commence after the close of discovery.

6. Dispositive motions are due on or before **December 14, 2007.**

7. A Pretrial Conference is hereby set for **March 17, 2008, at _____ .m.**

8. Trial by jury is scheduled beginning **April ____, 2008.**

It is so ordered for the Court.

Dated _____          _____
                                                            ROSEMARY M. COLLYER
                                                            UNITED STATES DISTRICT JUDGE