UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIMBERLEY MCKELVEY,

      *Plaintiff,*

vs.

      CASE NO. 1:06-CV-01820-RMC
      JUDGE: Rosemary M. Collyer

ELI LILLY AND COMPANY,

      *Defendant.*
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER**

COMES NOW the Plaintiff, by and through her undersigned counsel, and moves the Court to extend the time in which Plaintiff shall file her Opposition to Defendant's Motion to Transfer to the Central District of California until April 2, 2007, and as grounds therefor would state:

1. Defendant filed its Motion to Transfer on February 16, 2007, and Plaintiff's Opposition to same is presently due on February 27, 2007.

2. Defendant's Motion raises complex issues regarding the applicable venue for this action. Plaintiff's counsel departs for California tomorrow and will be involved in out-of-state trial proceedings there for the majority of the month of March. Thus, Plaintiff's counsel requires additional time for review and preparation of her opposition papers.

3. Defendant does not object to the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order extending the time in which Plaintiff shall file her Opposition to Defendant's Motion to Transfer to April 2, 2007.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7(m)

Counsel for Plaintiff has conferred with Defendant's counsel as required by L.Cv.R. 7(m), and Defendant does not object to the relief sought in this Motion.

PATRICIA MARTIN STANFORD, P.A.

/s/ Patricia M. Stanford
PATRICIA MARTIN STANFORD, ESQUIRE
DC Bar #471672
3609 Hendricks Avenue
Jacksonville, FL  32207
(904) 346-4215   Fax (904) 346-4215
pmslaw1@aol.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court via ECF on February 23, 2007, by which a notice of electronic filing will be sent to John Chadwick Coots, Esquire, SHOOK, HARDY & BACON, L.L.P., attorneys for Defendant.

/s/ Patricia M. Stanford
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIMBERLEY MCKELVEY,

      *Plaintiff*,

vs.

ELI LILLY AND COMPANY,

      *Defendant.*

_____/

CASE NO. 1:06-CV-01820-RMC
JUDGE: Rosemary M. Collyer

### [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER

This matter came on to be heard upon the Plaintiff's Unopposed Motion to Extend Time to File Plaintiff's Opposition to Defendant's Motion to Transfer, and the Court having reviewed same, and being advised that the Defendant does not object thereto, it is hereby

ORDERED that said Motion is granted, and Plaintiff's Opposition to Defendant's Motion to Transfer shall be due on or before April 2, 2007.

 

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

c:  Counsel of record